WILLIAM McCRAW,
ATTORNEY GENERAL

SCOTT GAINES,
FIRST ASSISTANT

BOB GROSE,
CHIEF LAW ENFORCEMENT
OFFICER

RUTH MYERS,
CHIEF CLERK

ASSISTANTS

JOE J. ALSUP
VICTOR W. BOULDIN
J. H. BROADHURST
WM. M. BROWN
H. GRADY CHANDLER
VERNON COE
WILLIAM C. DAVIS
L. B. DUKE
W. W. HEATH
CURTIS E. HILL
WM. MADDEN HILL

W. J. (DICK) HOLT
C. M. KENNEDY
LEONARD KING
LETCHER KING
GEORGE P. KIRKPATRICK
SAM LANE
ROBERT W. McKISSICK
WILLIAM McMILLAN
M. C. MARTIN
T. F. (TED) MORROW
LEON O. MOSES
PAT M. NEFF, JR.
HARRY S. POLLARD
W. B. POPE
RUSSELL RENTFRO
TOM O. ROWELL
ALFRED M. SCOTT
JOE SHARP
DICK STOUT
EARL STREET
MARVIN TREVATHAN
FRED C. VARNER, JR.
EFFIE WILSON-WALDRON
CHARLES B. WALKER



# OFFICE OF THE ATTORNEY GENERAL

## AUSTIN

January 14, 1939

Hon. Thomas A. Wheat
County Attorney
Liberty, Texas

Dear Mr. Wheat:

Opinion No. O-84
Re: Ex Officio Notary Public

Your request for an opinion on the following question:

"Must a Justice of the Peace who by virtue of Article 2376, Revised Civil Statutes, becomes an ex officio Notary Public comply with Article 5953, Revised Civil Statutes?"

has been received by this office.

Article 2376 provides:

"Each Justice of the Peace shall be commissioned as Justice of the Peace of his precinct and ex officio Notary Public of his county."

Said abovementioned statute does not provide that each Justice of the Peace shall take the oath of office prescribed in the Constitution and give the bond prescribed by law.

This identical question was presented to this department by Hon. Rector Lester, County Attorney, Canyon, Texas, and the department rendered an opinion on the same December 7, 1914, a copy of which is enclosed herewith.

It is the opinion of the writer and you are respectfully advised that a Justice of the Peace is not required to

COPY

take the oath and give the bond required of Notary Publics after such person has duly qualified as Justice of the Peace of his precinct.

Trusting that the foregoing answers your inquiry, I remain

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *Ardell Williams*

Assistant

AW:AW

ENCLOSURE

APPROVED:

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS